ROBERT G. HAYDUK *vs.* BOARD OF APPEALS OF YARMOUTH & another.
January 21, 1983. It is conceded that § 1535 of the Yarmouth zoning by-
law applies to "any legally created lot shown on a recorded plan, as long
as all zoning requirements applicable to the lot at the time it was recorded
. . . are complied with . . . and as long as all current zoning requirements
other than intensity of use regulations are met." That description encom-
passes the lots for which the building inspector issued building permits,
and the board correctly concluded that the permits were lawful. Section
1534, on which the plaintiff relies, does not prohibit construction other-
wise permissible under the zoning by-law. It instead reflects the limited
exemptions from amendments to zoning ordinances and by-laws provided
by G. L. c. 40A, § 6. The limitations do not apply here because the board
is relying not on the exemptions provided by § 1534 but on the one provid-
ed by § 1535, which is broader in some respects and narrower in others
than the exemptions provided by § 1534 of the by-law and G. L. c. 40A,
§ 6. The board's construction of § 1535 does not, as the plaintiff con-
tends, make § 1534 superfluous. The judge correctly ordered judgment
for the defendant under Mass.R.Civ.P. 56(c), 365 Mass. 824 (1974).

*Judgment affirmed.*

*Robert G. Hayduk*, pro se.
*John C. Creney* for the defendants.